1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | Case No. 2:23-cv-10183-FLA |
|---|---|
| Petitioner, | ORDER TO SHOW CAUSE |
| v. | |
| Rob Mikitarian, | |
| Respondent. | |

1

On December 4, 2023, Petitioner the United States of America ("Petitioner") filed a Petition to Enforce Internal Revenue Service ("IRS") Summons (the "Petition"). Dkt. 1. The court, having considered the Petition, finds Petitioner has established a prima facie case for judicial enforcement of the subject IRS summons. *See United States v. Powell*, 379 U.S. 48, 57–58 (1964).

The court hereby ORDERS Respondent Rob Mikitarian ("Respondent") to appear before the court at the following date, time, and address, to SHOW CAUSE why his testimony, as required by the IRS summons, should not be compelled:

Date: February 23, 2024
Time: 11:00 a.m.
Courtroom: 6B
Address: United States Courthouse
350 West First Street, Los Angeles, CA 90012

IT IS FURTHER ORDERED that copies of the following documents be served on Respondent (a) by personal delivery, (b) by leaving a copy at Respondent's dwelling or usual place of abode with someone of suitable age and discretion who resides there, (c) by email to Respondent's attorney, if Respondent's attorney agrees to accept service by email, or (d) by certified mail:

1. This Order; and
2. The Petition, Memorandum of Points and Authorities, and accompanying Declaration.

Service may be made by any employee of the IRS or the United States Attorney's Office.

IT IS FURTHER ORDERED that within ten (10) days after service upon Respondent of the herein described documents, Respondent shall file

2

and serve a written response, supported by appropriate sworn statements, as well as any desired motions.  If, prior to the return date of this Order, Respondent files a response with the court stating that Respondent does not oppose the relief sought in the Petition, nor wish to make an appearance, then the appearance of Respondent at any hearing pursuant to this Order to Show Cause is excused, and Respondent shall comply with the summons within ten (10) days thereafter.

Dated: January 5, 2024

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge